IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHIN HUI HOOD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEJE ENTERPRISES, INC., *et al.*, | : | CIVIL ACTION NO. |
| | : | 1:14-CV-2405-AT |
| | : | |
| Defendants. | : | |

# **ORDER**

The parties filed a Joint Motion for Review and Approval of Settlement and Release Agreement on October 26, 2016, along with their proposed Settlement Agreement and Release [Doc. 60]. The Court subsequently requested clarification from the parties regarding the payment schedule and distribution of the settlement award, and the Court also reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the Settlement Agreement constitutes a fair, reasonable, and adequate resolution of this action. Accordingly, the Court **GRANTS** the parties' joint motion [Doc. 60] and **APPROVES** the Settlement Agreement and Release.

**IT IS SO ORDERED** this 31st day of October, 2016.

_____
**Amy Totenberg
United States District Judge**